**Order filed July 24, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00679-CR

**CHRISTOPHER LEE STANLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 12**
**Harris County, Texas**
**Trial Court Cause No. 1625671**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #7.**

The clerk of the Co Crim Ct at Law No 12 is directed to deliver to the Clerk of this court the original of State's Exhibit #7, on or before **July 31, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #7, to the clerk of the Co Crim Ct at Law No 12.

PER CURIAM